# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DeSHAWN E. HALL, | : | |
| Petitioner, | : | |
| | | Case No. 3:07cv00465 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| KAY NORTHRUP, Warden, | | |
| Corrections Medical Center, | : | |
| Respondent. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON SEPTEMBER 15, 2009 (Doc. #8); DENYING AND DISMISSING DeSHAWN E. HALL'S PETITION FOR WRIT OF HABEAS CORPUS; DENYING A CERTIFICATE OF APPEALABILITY; CERTIFYING THAT AN APPEAL OF THIS DECISION AND ENTRY WOULD NOT BE TAKEN IN GOOD FAITH; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 15, 2009 (Doc. #8) is ADOPTED in full;

2. DeShawn E. Hall's Petition for Writ of Habeas Corpus is DENIED and DISMISSED;

3. A Certificate of Appealability shall not issue under 28 U.S.C. §2253(c);

4. An appeal of this Decision and Entry would not be taken in good faith, and consequently, leave to appeal *in forma pauperis* under 28 U.S.C. §1915(a)(3) is

DENIED; and

5. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge